# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**James Crawford and Thaddeus Corley,**
        Plaintiffs,

    -v-                                        9:13-CV-406 (NAM/CFH)

**Andrew Cuomo, as Governor of the State of New York, in his official capacity; Brian Fischer, Commissioner of Department Of Corrections and Community Supervision, in his official capacity; Superintendent William P. Brown, in his personal and official capacities; Superintendent William Larkin, in his official capacity; Corrections Officer Simon Prindle; and John Doe Corrections Officers 1-8,**
        Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: That judgment is entered in favor of the defendants and against the plaintiffs in accordance with the Memorandum- Decision and Order of the Honorable Norman A. Mordue, Senior United States District Judge, filed the 6th day of March, 2014. The complaint is dismissed in its entirety.

DATED: March 6, 2014

*[signature]*
Clerk of Court

ENTERED: 3/6/2014
BY PTM

-S-
PTM / Deputy Clerk